IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Mitchell, Vashawn D

Printed: 1/8/08

Case Number: 06 B 13329
Judge: Hollis, Pamela S
Filed: 10/18/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: November 19, 2007
Confirmed: December 18, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,800.00 |  |
| Secured: |  | 1,713.60 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 86.40 |
| Other Funds: |  | 0.00 |
| Totals: | 1,800.00 | 1,800.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 3,306.33 | 0.00 |
| 2. | Toyota Motor Credit Corporatio | Secured | 23,024.57 | 1,713.60 |
| 3. | Asset Acceptance | Unsecured | 476.66 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 33.68 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 122.57 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 64.77 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 1,514.40 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 734.12 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 80.44 | 0.00 |
| 10. | Commonwealth Edison | Unsecured | 88.75 | 0.00 |
| 11. | United States Dept Of Education | Unsecured | 1,574.99 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 23.79 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 304.86 | 0.00 |
| 14. | Robert J Adams & Associates | Priority |  | No Claim Filed |
| 15. | Blatt Hasenmiller & Komar | Unsecured |  | No Claim Filed |
| 16. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 17. | Capital One | Unsecured |  | No Claim Filed |
| 18. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 19. | Credit Collection | Unsecured |  | No Claim Filed |
| 20. | Computer Credit Service Corp | Unsecured |  | No Claim Filed |
| 21. | Credit Collection | Unsecured |  | No Claim Filed |
| 22. | First Bank | Unsecured |  | No Claim Filed |
| 23. | Computer Credit Service Corp | Unsecured |  | No Claim Filed |
| 24. | Medclear Inc | Unsecured |  | No Claim Filed |
| 25. | I C Systems Inc | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Mitchell, Vashawn D

Printed:  1/8/08

Case Number:  06 B 13329
Judge:  Hollis, Pamela S
Filed:  10/18/06

| | | | | |
|---|---|---|---|---|
| 26. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 27. | Medclear Inc | Unsecured | | No Claim Filed |
| 28. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 29. | Medical Collections | Unsecured | | No Claim Filed |
| 30. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 31. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 32. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 33. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 34. | MRSI | Unsecured | | No Claim Filed |

$ 31,349.93     $ 1,713.60

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 86.40 |

$ 86.40

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

